1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JAYMAR DWAUNE JAMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JAYMAR DWAUNE JAMERSON,<br><br>           Defendant.<br>_____ | No. CR-S-11-00261-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: November 18, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED between the parties, SAMUEL WONG, Assistant United States Attorney for plaintiff United States of America, on the one hand, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant JAYMAR DWAUNE JAMERSON, on the other hand, that the status conference of October 28, 2011 at 9:00 a.m., be vacated, and the matter be set for status conference on November 18, 2011, at 9:00 a.m.

The reason for the continuance to allow defense counsel additional time to review and investigate the facts of the case. In particular, defense counsel desires to conduct additional investigation regarding the drug quantity involved in Count One of this case and whether defendant can be charged later with additional a firearm violation that would

impact defendant's sentence upon conviction. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the date of the parties' stipulation, up to and including the November 18, 2011, Status Conference, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code and T4 (ongoing preparation of defense counsel). The parties further stipulate that the Court should find that the ends of justice by taking such action in granting the continuance outweighs the best interest of the public and the defendant in a speedy trial.

Dated: October 27, 2011  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Doug Beevers
DOUG BEEVERS
Assistant Federal Defender
Attorney for Defendant
JAYMAR DWAUNE JAMERSON

Dated: October 27, 2011  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 28, 2011, be continued to November 18, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is ordered that time from the date of the parties' stipulation, up to and including, the November 18, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

Dated: October 27, 2011

GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order -3-