```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, USVI Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JAYMAR DWAUNE JAMERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-00261-GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| JAYMAR DWAUNE JAMERSON, | ) | Date: February 10, 2012 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell |
| _____ | ) | |
| | ) | |

This case is currently scheduled for a status hearing on November 18, 2011. The parties have conferred and agree that additional time is needed for negotiation between the parties with the hope of resolving the case. Specifically, the parties have agreed that a pre-plea presentence report would aid the parties toward resolving the case and respectfully request that this Court order the Probation Office to produce a pre-plea presentence report in Mr. Jamerson's case. In addition, defense counsel desires the pre-plea presentence report to help apprise him of legal and/or factual issues on which he may need to perform additional legal research and factual investigation in order to help prepare defendant's defense.

The parties are hopeful that a resolution can be reached short of trial.

Mr. Jamerson is currently in custody and is willing to waive time pursuant to the Speedy Trial Act in order for defense counsel to obtain the pre-plead presentence report and pursue negotiations with the government.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for November 18, 2011, be continued until February 10, 2012. In addition, the parties stipulate that the time period from the date of this stipulation, November 17, 2011, and including, February 10, 2012, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare Mr. Jamerson's defense. Specifically, the parties further agree that a pre-plea presentence investigation report from the probation office will aid defense counsel in properly advising Mr. Jamerson of the consequences of a conviction of the charge(s) and possibly help in resolving the case.

Dated: November 17, 2011          Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ Doug Beevers
                                  DOUG BEEVERS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JAYMAR DWAUNE JAMERSON

Dated: November 17, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                             By:  /s/ Samuel Wong
                                  SAMUEL WONG
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

S/O Re: Pre-Plea                  -2-

**ORDER**

For the reasons set forth in the stipulation of the parties, filed on November 17, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for November 18, 2011, shall be continued until Friday, February 10, 2012, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 17, 2011, stipulation, the time from the date of the parties' stipulation to, and including, February 10, 2012 is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare defendant's defense taking into account the exercise of due diligence.

In addition, the Court further ORDERS the United States Probation Office to prepare and disclose to the parties a pre-plea presentence investigation report.

**IT IS ORDERED.**

Dated: November 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge