1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JAYMAR DWAUNE JAMERSON

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. CR-S-11-00261-GEB
                                )
12              Plaintiff,      )
                                ) STIPULATION AND [PROPOSED] ORDER
13       v.                     ) TO CONTINUE STATUS CONFERENCE
                                )
14 JAYMAR DWAUNE JAMERSON,      ) Date:  March 23, 2012
                                ) Time:  9:00 a.m.
15              Defendant.      ) Judge: Hon. Garland E. Burrell
                                )
16 _____)

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, SAMUEL WONG, Assistant United States Attorney,

19 attorney for Plaintiff, and DOUGLAS BEEVERS, attorney for JAYMAR

20 JAMERSON, that the status conference hearing date of February 10, 2012,

21 be vacated, and the matter be reset for status conference on March 23,

22 2012 at 9:00 a.m.

23      The reason for this continuance is to allow additional time for the

24 preparation of a Pre-Plea Presentence Report.  Due to the case load of

25 the probation department and the complexity of JAMERSON's criminal

26 history, the Pre-Plea Presentence Report has not been completed. Both the

27 prosecution and defense believe that a Pre-Plea Presentence Report is

28 well-advised in this case, and that the time taken to prepare such a

1 | report will ultimately facilitate a negotiated disposition of the case.
2 | United States Probation Officer Ronnie Preap reports that he needs to
3 | have until approximately March 2, 2012, to complete the Pre-Plea
4 | Presentence Report. Counsel for defendant, in particular, desires the
5 | Pre-Plea Presentence Report as a tool to help advise and explain to his
6 | client the ramifications of a guilty plea in this case, and desires
7 | additional time of a few weeks after the receipt of the Pre-Plea
8 | Presentence Report to meet and confer with his client to discuss the Pre-
9 | Plea Presentence Report and any plea offer from the United States that
10 | may arise as result of the preparation of the Pre-Plea Presentence
11 | Report.

12 | The parties agree and stipulate that the Court should find the ends
13 | of justice served by the granting of such a continuance outweigh the best
14 | interests of the public and the defendant in a speedy trial and that time
15 | within which the trial of this case must be commenced under the Speedy
16 | Trial Act should therefore be excluded under 18 U.S.C. section
17 | 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 to allow
18 | defense counsel reasonable time to prepare, from the date of the parties'
19 | stipulation, February 8, 2012, to and including March 23, 2012. The
20 | parties further stipulate and agree that the Court should find the
21 | failure to grant the requested continuance in this case would deny
22 | counsel for defendant reasonable time necessary for effective
23 | preparation, taking into account the exercise of due diligence.

24 | Dated: February 8, 2012          Respectfully submitted,

25 |                                  DANIEL BRODERICK
                                      Federal Defender
26 |
                                      /s/ Doug Beevers
27 |                                  DOUG BEEVERS
                                      Assistant Federal Defender
28 |                                  Attorney for Defendant
                                      JAYMAR DWAUNE JAMERSON

S/O Re: Pre-Plea                     -2-

Dated: February 8, 2012                BENJAMIN B. WAGNER
                                       United States Attorney

                                By:    /s/ Samuel Wong
                                       SAMUEL WONG
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN, the Court adopts the stipulation of the parties in its entirety as its Order. It is ordered that the February 10, 2012, status conference hearing shall be continued to March 23, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation, February 8, 2012, up to and including the March 23, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS ORDERED.**

Dated: February 9, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

S/O Re: Pre-Plea                       -3-