1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  SAMUEL WONG
   KEVIN KHASIGIAN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2772

5

6

7

8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,      )  No. 2:11-CR-261-GEB
                                   )
13           Plaintiff,            )  STIPULATION AND ORDER
                                   )  CONTINUING TRIAL DATE AND
14       v.                        )  DEADLINES FOR TRIAL RELATED
                                   )  DOCUMENTS, AND EXCLUDING
15  JAYMAR DWAUNE JAMERSON,        )  TIME UNDER THE SPEEDY TRIAL
                                   )  ACT
16           Defendant.            )
                                   )
17                                 )

18       Whereas, the United States has recently produced additional

19  duplicate discovery to counsel for defendant Jaymar Dwaune

20  Jamerson in the form of corrected photocopies of previously

21  produced discovery that inadvertently omitted portions of law

22  enforcement reports and other documents due to a photocopying

23  machine error;

24       Whereas, the United States anticipates producing additional

25  discovery regarding disclosure and testimony of its experts; and

26       Whereas, counsel for defendant Jamerson desires additional

27  time to review the newly produced discovery documents to prepare

28  for Jamerson's defense at trial and contemplate the filing of

                                     1

1 | additional motions in limine,

2 | It is hereby stipulated and agreed by the parties, through
3 | their respective counsel, that:

4 | 1. The presently set May 18, 2012, hearing date for the
5 | motions in limine date shall be continued to June 1, 2012, at
6 | 9:00 a.m.;

7 | 2. The briefing schedule for the filing of motions in
8 | limine shall be amended and that motions in limine shall be filed
9 | by May 18, 2012, at 4:30 p.m., and responses to motions in limine
10 | shall be filed by May 25, 2012, at 4:30 p.m.;

11 | 3. The presently set May 22, 2012, trial date shall be
12 | continued to June 5, 2012, at 9:00 a.m.;

13 | 4. Proposed jury instructions and verdict form, proposed
14 | voir dire, trial briefs, and joint statements or preliminary jury
15 | instructions shall be filed by May 29, 2012; and

16 | ///
17 | ///
18 | ///

4.  Time from the date of this stipulation, May 4, 2012, to and including the new trial date of June 5, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).

Dated:  May 4, 2012

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      */s/ Douglas Beevers*
                                      _____
                                      DOUGLAS BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JAYMAR DWAUNE JAMERSON

Dated:  May 4, 2012
                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      */s/ Samuel Wong*

                                      */s/ Kevin Khasigian*
                                      _____

                                By:  SAMUEL WONG
                                   KEVIN KHASIGIAN
                                   Assistant U.S. Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation,

3

taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 4, 2012, to and including the new trial date of June 5, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that:

1. The presently set May 18, 2012, hearing date for the motions *in limine* date shall be continued to June 1, 2012, at 9:00 a.m.;

2. The briefing schedule for the filing of motions *in limine* be amended and that motions *in limine* shall be filed by May 18, 2012, at 4:30 p.m., and responses to motions *in limine* shall be filed by May 25, 2012, at 4:30 p.m.;

3. The presently set May 22, 2012, trial date shall be continued to June 5, 2012, at 9:00 a.m.; and

4. Proposed jury instructions and verdict form, proposed voir dire, trial briefs, and joint statements or preliminary jury instructions shall be filed by May 29, 2012.

Dated: May 4, 2012

GARLAND E. BURRELL, JR.
United States District Judge

4