1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   KEVIN C. KHASIGIAN
3  Assistant U.S. AttorneyS
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JAYMAR DWAUNE JAMERSON,<br><br>      Defendant. | 2:11-CR-00261 GEB<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the guilty plea of defendant Jaymar Dwaune Jamerson to Count Three of the Superseding Indictment, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Jaymar Dwaune Jamerson's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.  one Glock Model 37, .45 caliber semi-automatic pistol, serial number GBH686;

    b.  Approximately ten rounds of .45 caliber ammunition which was inside the Glock Model 37,

    c.  Approximately sixty-seven rounds of Load-X .45 caliber ammunition,

|   |   |   |
|---|---|---|
| | d. | Approximately thirty-five rounds of 9mm RWS ammunition, |
| | e. | Approximately fifty rounds of .45 caliber UMC ammunition, and |
| | f. | A broken Glock magazine and a Glock magazine spring and bottom plate. |

2. The above-listed property is a firearm that was involved or used in the knowing commission of a violation of 18 U.S.C. § 922(g)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60)

days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

Dated:  June 11, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge