```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   KEVIN KHASIGIAN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAYMAR DWAUNE JAMERSON,<br><br>    Defendant. | No. 2:11-CR-261-GEB<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS COUNT ONE OR, ALTERNATIVELY, TO STRIKE THE LANGUAGE IN COUNT ONE, WHICH ALLEGES THAT AT LEAST 28 GRAMS OF COCAINE BASE WAS INVOLVED** |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Jaymar Dwaune Jamerson, on the other hand, through their respective counsel, subject to the approval of the Court, that:

1. The United States' opposition to Jamerson's motion to dismiss Count One of the Superseding Indictment or, alternatively, to strike the language in Count One, which alleges that at least 28 grams of cocaine base was involved, shall be due on June 21, 2012;

2. Jamerson's reply, if any, in support of his motion

1

1 | shall be due on June 25, 2012;
2 |     3. The non-evidentiary hearing on Jamerson's motion shall
3 | be held on June 29, 2012, at 9:00 a.m.; and
4 |     4. The previously set June 22, 2012, at 9:00 a.m., status
5 | conference regarding the sentencing of Jamerson based on his
6 | guilty plea and conviction on Count Three of the Superseding
7 | Indictment shall be continued to June 29, 2012, at 9:00 a.m.

Dated: June 13, 2012

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
By: DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JAYMAR DWAUNE JAMERSON

Dated: June 13, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Samuel Wong*

*/s/ Kevin Khasigian*
_____
By: SAMUEL WONG
KEVIN KHASIGIAN
Assistant U.S. Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, it is ordered that:

1. The United States's opposition to Jamerson's motion to dismiss Count One of the Superseding Indictment or, alternatively, to strike the language in Count One, which alleges that at least 28 grams of cocaine base was involved, shall be due on June 21, 2012;

2. Jamerson's reply, if any, in support of his motion shall be due on June 25, 2012;

3. The non-evidentiary hearing on Jamerson's motion shall be held on June 29, 2012, at 9:00 a.m.; and

4. The previously set June 22, 2012, at 9:00 a.m., status conference regarding the sentencing of Jamerson based on his guilty plea and conviction on Count Three of the Superseding Indictment shall be continued to June 29, 2012, at 9:00 a.m.

Dated: June 14, 2012

GARLAND E. BURRELL, JR.
United States District Judge