```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    KEVIN KHASIGIAN
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone:  (916) 554-2772
 5
 6
 7
 8
                IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                      EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,     )  No. 2:11-CR-261-GEB
12                                )
           Plaintiff,             )  **STIPULATION AND ORDER**
13                                )  **AMENDING BRIEFING SCHEDULE**
       v.                         )  **ON DEFENDANT'S MOTION TO**
14                                )  **DISMISS COUNT ONE OR,**
    JAYMAR DWAUNE JAMERSON,       )  **ALTERNATIVELY, TO STRIKE THE**
15                                )  **LANGUAGE IN COUNT ONE, WHICH**
           Defendant.             )  **ALLEGES THAT AT LEAST 28**
16                                )  **GRAMS OF COCAINE BASE WAS**
                                  )  **INVOLVED**
17                                )
18
19      Whereas, plaintiff United States of America desires
20  additional time to:  (1) research prior email communications that
21  might shed light on the sequence of events related to the factual
22  allegations in defendant Jaymar Jamerson's motion to dismiss
23  Count One of the Superseding Indictment or, alternatively, to
24  strike the language in Count One, which alleges that at least 28
25  grams of cocaine base was involved; and (2) obtain declaration(s)
26  from one or more witnesses that correct and/or clarify prior
27  testimony at the trial of this case,
28      It is hereby stipulated and agreed by and between plaintiff
                                   1
```

United States of America, on the one hand, and defendant Jaymar Dwaune Jamerson, on the other hand, through their respective counsel, subject to the approval of the Court, that:

1. The United States' opposition to Jamerson's motion to dismiss Count One of the Superseding Indictment or, alternatively, to strike the language in Count One, which alleges that at least 28 grams of cocaine base was involved, shall be due on Monday, June 25, 2012;

2. Jamerson's reply, if any, in support of his motion shall be due on Tuesday, June 25, 2012;

3. The non-evidentiary hearing on Jamerson's motion shall be held on June 29, 2012, at 9:00 a.m.; and

Dated: June 22, 2012

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
By: DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JAYMAR DWAUNE JAMERSON

Dated: June 22, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Samuel Wong*

*/s/ Kevin Khasigian*
_____
By: SAMUEL WONG
KEVIN KHASIGIAN
Assistant U.S. Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, it is ordered that:

1. The United States's opposition to Jamerson's motion to dismiss Count One of the Superseding Indictment or, alternatively, to strike the language in Count One, which alleges that at least 28 grams of cocaine base was involved, shall be due on June 25, 2012;

2. Jamerson's reply, if any, in support of his motion shall be due on June 26, 2012; and

3. The non-evidentiary hearing on Jamerson's motion shall be held on June 29, 2012, at 9:00 a.m.

Dated: June 27, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge