IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,  )
                              )    2:11-cr-00261-GEB
      Plaintiff,  )
                              )
     v.  )    <u>ORDER</u>
                              )
JAYMAR DWAUNE JAMERSON,  )
                              )
      Defendant.  )
_____ )

       The documents filed by Lucia Morgan, Assistant Manager for Guns Fishing & Stuff, on July 2, 2012 (ECF No. 73) are stricken since a federal basis for the relief sought has not been shown.

       The Clerk of the Court shall serve a copy of this Order on Lucia Morgan at the address provided on the first page of the filing.

Dated: July 12, 2012

                                         GARLAND E. BURRELL, JR.
                                         Senior United States District Judge