```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    KEVIN KHASIGIAN
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAYMAR DWAUNE JAMERSON,<br><br>    Defendant. | No. 2:11-CR-261-GEB<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT AND RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM, AND CONTINUING THE SENTENCING DATE**<br><br>Hon. Garland E. Burrell |

Whereas, plaintiff United States of America desires additional time to file its responses to defendant Jaymar Jamerson's objections to the Presentence Report and its response to Jamerson's sentencing memorandum,

It is hereby stipulated and agreed by and between the United States, on the one hand, and Jamerson, on the other hand, through their respective counsel, subject to the approval of the Court, that:

    1.    The United States' responses to defendant Jaymar

1

Jamerson's objections to the Presentence Report and its response to Jamerson's sentencing memorandum shall be due on June 12, 2012;

2. Jamerson's reply memoranda, if any, shall be due, on June 20, 2013;

3. The sentencing hearing shall be continued from May 17, 2013, to June 28, 2013, at 9:00 a.m.

Dated: May 8, 2013

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
By: DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JAYMAR DWAUNE JAMERSON

Dated: May 8, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Samuel Wong*

*/s/ Kevin Khasigian*
_____
By: SAMUEL WONG
KEVIN KHASIGIAN
Assistant U.S. Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, it is ordered that:

1. The United States' responses to defendant Jaymar Jamerson's objections to the Presentence Report and its response to Jamerson's sentencing memorandum shall be due on June 12, 2013;

2. Jamerson's reply memoranda, if any, shall be due, on June 20, 2013;

3. The sentencing hearing shall be continued from May 17, 2013, to June 28, 2013, at 9:00 a.m.

Dated: May 13, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge